# Exhibit A

# CASE SUMMARY
## CASE NO. 2016-022513-CA-01

| | | |
|---|---|---|
| **ALFONSO CASTILLO** | § | Location: **Circuit Civil** |
| vs | § | Judicial Officer: **(Section, CA 15)** |
| **GAMMA SEAFOOD CORPORATION et al** | § | Filed on: **08/29/2016** |
| | § | State Case Number: **132016CA022513000001** |
| | § | |

---

### CASE INFORMATION

Case Type: **Other Civil Complaint**

---

| DATE | CASE ASSIGNMENT |
|---|---|

**Current Case Assignment**

| | |
|---|---|
| Case Number | 2016-022513-CA-01 |
| Court | Circuit Civil |
| Date Assigned | 08/29/2016 |
| Judicial Officer | (Section, CA 15) |

---

### PARTY INFORMATION

| | | *Lead Attorneys* |
|---|---|---|
| **Plaintiff** | **CASTILLO, ALFONSO** | **Anthony M Georges-Pierre** |
| | | *Retained* |
| | | 305-416-5000(W) |
| | | |
| **Defendant** | **ALVAREZ, GABRIEL A.** | |
| | **ALVAREZ, SANTIAGO F.** | |
| | **FIALLO, JULIO** | |
| | **GAMMA SEAFOOD CORPORATION** | |

---

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 09/23/2016 | Notice of Filing:<br>*RETURN OF SERVICE WITHOUT SUMMONS ATTACHED* | |
| 09/23/2016 | Service Returned | |
| 09/15/2016 | Service Returned | |
| 09/15/2016 | Service Returned | |
| 09/09/2016 | **20 Day Summons Issued**<br>ALVAREZ, SANTIAGO F.<br>Unserved | |
| 09/09/2016 | **20 Day Summons Issued**<br>FIALLO, JULIO<br>Served: 09/13/2016<br>Response Due: 10/03/2016 | |
| 09/09/2016 | **20 Day Summons Issued**<br>ALVAREZ, GABRIEL A.<br>Unserved | |
| 09/09/2016 | **20 Day Summons Issued** | |

*Printed on 10/11/2016 at 10:22 AM*

# CASE SUMMARY

## CASE NO. 2016-022513-CA-01

CIRCUIT CIVIL

GAMMA SEAFOOD CORPORATION
Served: 09/13/2016
Response Due: 10/03/2016

| | | |
|---|---|---|
| 09/09/2016 | ESummons 20 Day Issued | |
| 09/09/2016 | ESummons 20 Day Issued | |
| 09/09/2016 | ESummons 20 Day Issued | |
| 09/09/2016 | ESummons 20 Day Issued | |
| 09/02/2016 | (M) 20 Day (P) Summons (Sub) Received | |
| 09/02/2016 | (M) 20 Day (P) Summons (Sub) Received | |
| 09/02/2016 | (M) 20 Day (P) Summons (Sub) Received | |
| 09/02/2016 | (M) 20 Day (C) Summons (Sub) Received | |
| 08/29/2016 | Complaint | |
| 08/29/2016 | Civil Cover | |

| DATE | FINANCIAL INFORMATION |
|---|---|

**Plaintiff** CASTILLO, ALFONSO

| | |
|---|---|
| Total Charges | 441.00 |
| Total Payments and Credits | 441.00 |
| **Balance Due as of 10/11/2016** | **0.00** |

*Printed on 10/11/2016 at 10:22 AM*

Filing # 45818884 E-Filed 08/29/2016 04:13:45 PM

## FORM 1.997. CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form shall be filed by the plaintiff or petitioner for the use of the Clerk of the Court for the purpose of reporting judicial workload data pursuant to Florida Statutes section 25.075.

---

I.      **CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>ELEVENTH</u>   JUDICIAL CIRCUIT,
IN AND FOR <u>MIAMI-DADE</u>   COUNTY, FLORIDA

Case No.:_____
Judge: _____

<u>ALFONSO CASTILLO</u>
Plaintiff

vs.

<u>GAMMA SEAFOOD CORPORATION, GABRIEL A. ALVAREZ, JULIO FIALLO, SANTIAGO F. ALVAREZ</u>
Defendant

---

II.      **TYPE OF CASE**

- ☐ Condominium
- ☐ Contracts and indebtedness
- ☐ Eminent domain
- ☐ Auto negligence
- ☐ Negligence – other
    - ☐ Business governance
    - ☐ Business torts
    - ☐ Environmental/Toxic tort
    - ☐ Third party indemnification
    - ☐ Construction defect
    - ☐ Mass tort
    - ☐ Negligent security
    - ☐ Nursing home negligence
    - ☐ Premises liability – commercial
    - ☐ Premises liability – residential
- ☐ Products liability
- ☐ Real Property/Mortgage foreclosure
    - ☐ Commercial foreclosure $0 - $50,000
    - ☐ Commercial foreclosure $50,001 - $249,999
    - ☐ Commercial foreclosure $250,000 or more
    - ☐ Homestead residential foreclosure $0 – 50,000
    - ☐ Homestead residential foreclosure $50,001 - $249,999
    - ☐ Homestead residential foreclosure $250,000 or more
    - ☐ Non-homestead residential foreclosure $0 - $50,000
    - ☐ Non-homestead residential foreclosure $50,001 - $249,999

- ☐ Non-homestead residential foreclosure $250,00 or more
- ☐ Other real property actions $0 - $50,000
- ☐ Other real property actions $50,001 - $249,999
- ☐ Other real property actions $250,000 or more

- ☐ Professional malpractice
    - ☐ Malpractice – business
    - ☐ Malpractice – medical
    - ☐ Malpractice – other professional
- ☒ Other
    - ☐ Antitrust/Trade Regulation
    - ☐ Business Transaction
    - ☒ Circuit Civil - Not Applicable
    - ☐ Constitutional challenge-statute or ordinance
    - ☐ Constitutional challenge-proposed amendment
    - ☐ Corporate Trusts
    - ☐ Discrimination-employment or other
    - ☐ Insurance claims
    - ☐ Intellectual property
    - ☐ Libel/Slander
    - ☐ Shareholder derivative action
    - ☐ Securities litigation
    - ☐ Trade secrets
    - ☐ Trust litigation

**COMPLEX BUSINESS COURT**

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

III. **REMEDIES SOUGHT** (check all that apply):
    ☒ Monetary;
    ☒ Non-monetary
    ☒ Non-monetary declaratory or injunctive relief;
    ☒ Punitive

IV. **NUMBER OF CAUSES OF ACTION: (    )**
(Specify)

    <u>4</u>

V. **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☒ Yes
    ☐ No

VI. **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ No
    ☐ Yes – If "yes" list all related cases by name, case number and court:

VII. **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ Yes
    ☐ No

_____

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief.

Signature <u>s/ Anthony M Georges-Pierre</u>    FL Bar No.: <u>533637</u>
    Attorney or party                               (Bar number, if attorney)

<u>Anthony M Georges-Pierre</u>   <u>08/29/2016</u>
    (Type or print name)                          Date

Filing # 45818884 E-Filed 08/29/2016 04:13:45 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

**ALFONSO CASTILLO**
And other similarly situated individuals,

     Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually;

     Defendant(s).

_____/

## COMPLAINT

    Plaintiff **ALFONSO CASTILLO**, and other similarly situated individuals, by and through the undersigned counsel, hereby sues Defendant, GAMMA SEAFOOD CORPORATION, a Florida Profit Corporation; GABRIEL A. ALVAREZ, individually; JULIO FIALLO, individually; and SANTIAGO F. ALVAREZ, individually; collectively ("Defendants"), and in support avers as follows:

## GENERAL ALLEGATIONS

1.    This is an action by the Plaintiff for damages exceeding $15,000 excluding attorneys' fees or costs for unpaid wages under the Fair Labor Standards Act, 29 U.S.C. §§ 201-219 ("FLSA").

2.    This Court has jurisdiction over Plaintiff's FLSA claims pursuant to the 29 U.S.C. § 216.

3.    Plaintiff was at all times relevant to this action, resident of Miami-Dade County Florida, within the jurisdiction of this Honorable Court. Plaintiff is covered employee for purposes of the FLSA.

4.    Defendant, GAMMA SEAFOOD CORPORATION, a Florida Profit Corporation, located in Miami-Dade County, Florida where Plaintiff worked for Defendant, and at all times material hereto was and is engaged in interstate commerce.

5.    Defendant, GABRIEL A. ALVAREZ, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GAMMA SEAFOOD CORPORATION.

6.    Defendant, JULIO FIALLO, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GAMMA SEAFOOD CORPORATION.

7.    Defendant, SANTIAGO F. ALVAREZ, is a corporate officer of, and exercised operational control over the activities of, corporate Defendant, GAMMA SEAFOOD CORPORATION.

8.    Venue is proper in Miami-Dade County because all of the actions that form the basis of this Complaint occurred within Miami-Dade County and payment was due in Miami-Dade County.

9.    Declaratory, injunctive, legal and equitable relief sought pursuant to the laws set forth above together with attorneys' fees, costs and damages.

10.   All conditions precedent for the filing of this action before this Court have been previously met, including the exhaustion of all pertinent administrative procedures and remedies.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

11.     Plaintiff performed work for Defendants as a non-exempt employee from on or about November 13, 2014, through on or about May 2, 2016.

12.     Throughout Plaintiff's employment, Plaintiff worked in excess of forty (40) hours per week.

13.     Plaintiff was not paid at the proper overtime rate for hours worked in excess of forty (40) each week from on or about November 13, 2014, through on or about May 2, 2016, as proscribed by the laws of the United States and the State of Florida.

14.     Plaintiff, during relevant time period, from on or about November 13, 2014, through on or about May 2, 2016, worked approximately eight (8) overtime hours each week for which he was not paid 1.5 times his regular rate as provided by the FLSA.

### COUNT I
*Wage & Hour Federal Statutory Violation against*
*GAMMA SEAFOOD CORPORATION*

15.     Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 14 of this complaint as if set out in full herein.

16.     This action is brought by Plaintiff to recover from Defendant unpaid overtime wage compensation, as well as an additional amount as liquidated damages, costs, and reasonable attorney's fees under the provisions of 29 U.S.C. § 201 *et seq*.

17.     Jurisdiction is conferred on this Court by Title 29 U.S.C. § 216(b).

18.     At all times pertinent to this Complaint, corporate Defendant operated as an organization which sells and/or markets its services and/or goods to customers from throughout the United States and also provides its services for goods sold and transported from across state lines of other states, and the corporate Defendant obtains and solicits funds from non-Florida sources, accepts funds from non-Florida sources, uses telephonic

transmissions going over state lines to do its business, transmits funds outside the State of Florida, and otherwise regularly engages in interstate commerce, particularly with respect to its employees.

19. Upon information and belief, at all times material hereto, corporate Defendant's annual gross revenue exceeded $500,000 per annum on its own, or as part of a joint enterprise with the other corporate Defendant named herein, or which are as of yet unknown but will be revealed through further discovery. To the extent that corporate Defendant operated as part of a joint enterprise, it did so with corporate entities that performed related activities, under the common control of the individual Defendant, and for common business purposes related to the work performed by Plaintiff for Defendant.

20. By reason of the foregoing, the Defendant is and was, during all times hereafter mentioned, an enterprise engaged in commerce or in the production of goods for commerce as defined in §§ 3 (r) and 3(s) of the FLSA, 29 U.S.C. § 203(r) and 203(s). Defendant's business activities involve those to which the Fair Labor Standards Act applies. The Plaintiff's work for the Defendant likewise affects interstate commerce.

21. Plaintiff seeks to recover for unpaid wages accumulated from the date of hire and/or from three (3) years from the date of the filing of this complaint.

22. Defendant knew and/or showed reckless disregard of the provisions of the FLSA concerning the payment of overtime wages as required by the Fair Labor Standards Act and remain owing Plaintiff these unpaid wages since the commencement of Plaintiff's employment with Defendant as set forth above. As such, Plaintiff is entitled to recover double damages.

23. To the extent that Defendant never posted any notice, as required by the Fair Labor Standards Act and Federal Law, to inform employees of their federal rights to overtime

and minimum wage payments, the statute of limitations for Plaintiff's FLSA claims is equitably tolled. *See, e.g., Cruz v. Maypa*, 773 F.3d 138, 147 (4th Cir. 2014) (extending failure-to-post tolling in the ADEA context to the FLSA); *Yu G. Ke v. Saigon Grill, Inc.*, 595 F. Supp. 2d 240, 259 (S.D.N.Y. 2008) ("[F]ailure to provide required notice of the governing legal requirements may be a sufficient basis for tolling."); *Kamens v. Summit Stainless, Inc.*, 586 F. Supp. 324, 328 (E.D. Pa. 1984) ("An employer's failure to post a statutorily required notice of this type tolls the running of any period of limitations.").

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wage compensation for hours worked in excess of forty (40) weekly, with interest;

C. Award Plaintiff an equal amount in double damages/liquidated damages;

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT II
### *Wage & Hour Federal Statutory Violation against*
### *GABRIEL A. ALVAREZ*

24.    Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 14 of this complaint as if set out in full herein.

25.    At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GAMMA SEAFOOD CORPORATION

26.    Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair

Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

27. Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

28. Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

A. Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B. Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C. Award Plaintiff an equal amount in double damages/liquidated damages; and

D. Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E. Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## COUNT III
### *Wage & Hour Federal Statutory Violation against*
### *JULIO FIALLO*

29. Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 14 of this complaint as if set out in full herein.

30. At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GAMMA SEAFOOD CORPORATION

31.     Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

32.     Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

33.     Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE**, Plaintiff respectfully prays for the following relief against Defendant:

    A.  Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

    B.  Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

    C.  Award Plaintiff an equal amount in double damages/liquidated damages; and

    D.  Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

    E.  Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

**COUNT IV**
***Wage & Hour Federal Statutory Violation against***
***SANTIAGO F. ALVAREZ***

34.     Plaintiff re-adopts each and every factual allegation as stated in paragraphs 1 through 14 of this complaint as if set out in full herein.

35.   At the times mentioned, Defendant was, and is now, a corporate officer of corporate Defendant, GAMMA SEAFOOD CORPORATION

36.   Defendant was an employer of Plaintiff within the meaning of Section 3(d) of the "Fair Labor Standards Act" [29 U.S.C. § 203(d)], in that this individual Defendant acted directly in the interests of Defendant employer in relation to the employees of Defendant employer, including Plaintiff.

37    Defendant had operational control of the business and is thus jointly liable for Plaintiff's damages.

38.   Defendant willfully and intentionally refused to properly pay Plaintiff's wages as required by the law of the United States as set forth above and remains owing Plaintiff these wages since the commencement of Plaintiffs' employment with Defendant as set forth above.

**WHEREFORE,** Plaintiff respectfully prays for the following relief against Defendant:

A.   Adjudge and decree that Defendant has violated the FLSA and has done so willfully, intentionally and with reckless disregard for Plaintiff's rights;

B.   Award Plaintiff actual damages in the amount shown to be due for unpaid overtime wages for hours worked in excess of forty (40) weekly, with interest; and

C.   Award Plaintiff an equal amount in double damages/liquidated damages; and

D.   Award Plaintiff the costs of this action, together with a reasonable attorneys' fees; and

E.   Grant Plaintiff such additional relief as the Court deems just and proper under the circumstances.

## JURY DEMAND

Plaintiff demands trial by jury of all issues triable as of right by jury.

Dated: _8/29/16_

Respectfully submitted,

Anthony M. Georges-Pierre, Esq.
Florida Bar No. 533637
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler St., Suite 2200
Miami, FL 33130
Telephone:  305-416-5000
Facsimile: 305-416-5005
agp@rgpattorneys.com
apetisco@rgpattorneys.com
rregueiro@rgpattorneys.com
pn@rgpattorneys.com

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

**ALFONSO CASTILLO**
And other similarly situated individuals,

      Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually;

      Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**GAMMA SEAFOOD CORPORATION**

Registered agent: **SANTIAGO F.  ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                    DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

ALFONSO CASTILLO
And other similarly situated individuals,

       Plaintiff(s),

v.

GAMMA SEAFOOD CORPORATION,
a Florida Profit Corporation,
GABRIEL A. ALVAREZ, individually;
JULIO FIALLO, individually;
SANTIAGO F. ALVAREZ, individually:

       Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**GABRIEL A. ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK              DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

**ALFONSO CASTILLO**
And other similarly situated individuals,

      Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ**, individually;
**JULIO FIALLO**, individually;
**SANTIAGO F. ALVAREZ**, individually;

      Defendant(s).

_____/

**SUMMONS IN A CIVIL CASE**

      **JULIO FIALLO**
      7850 NW South River Drive
      Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK               DATE

_____
(BY) DEPUTY CLERK

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO._____

**ALFONSO CASTILLO**
And other similarly situated individuals,

     Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ**, individually;
**JULIO FIALLO**, individually;
**SANTIAGO F. ALVAREZ**, individually;

     Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

**SANTIAGO F. ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____     _____
CLERK                          DATE

_____
(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-002513-CA-01

ALFONSO CASTILLO
And other similarly situated individuals,

      Plaintiff(s),

v.

GAMMA SEAFOOD CORPORATION,
a Florida Profit Corporation,
GABRIEL A. ALVAREZ, individually;
JULIO FIALLO, individually;
SANTIAGO F. ALVAREZ, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

### GAMMA SEAFOOD CORPORATION

Registered agent: **SANTIAGO F.  ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____       _____
CLERK                      DATE

_____
(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-030513- CA-01

ALFONSO CASTILLO
And other similarly situated individuals,

     Plaintiff(s),

v.

GAMMA SEAFOOD CORPORATION,
a Florida Profit Corporation,
GABRIEL A. ALVAREZ, individually;
JULIO FIALLO, individually;
SANTIAGO F. ALVAREZ, individually:

     Defendant(s).
_____/

### SUMMONS IN A CIVIL CASE

**GABRIEL A. ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                    DATE

_____
(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-022513 CA-01

ALFONSO CASTILLO
And other similarly situated individuals,

      Plaintiff(s),

v.

GAMMA SEAFOOD CORPORATION,
a Florida Profit Corporation,
GABRIEL A. ALVAREZ, individually;
JULIO FIALLO, individually;
SANTIAGO F. ALVAREZ, individually;

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**JULIO FIALLO**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

_____                
CLERK                              DATE

_____

(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016- 022513-(A-01

ALFONSO CASTILLO
And other similarly situated individuals,

     Plaintiff(s),

v.

GAMMA SEAFOOD CORPORATION,
a Florida Profit Corporation,
GABRIEL A. ALVAREZ, individually;
JULIO FIALLO, individually;
SANTIAGO F. ALVAREZ, individually;

     Defendant(s).

_____/

## SUMMONS IN A CIVIL CASE

### SANTIAGO F. ALVAREZ
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____
CLERK                     DATE

_____
(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-022513-CA-01

**ALFONSO CASTILLO**
And other similarly situated individuals,

      Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually;

      Defendant(s).

_____/

**SUMMONS IN A CIVIL CASE**

**GAMMA SEAFOOD CORPORATION**

    Registered agent: **SANTIAGO F.  ALVAREZ**
    7850 NW South River Drive
    Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

    ANTHONY M. GEORGES-PIERRE, ESQ.
    REMER & GEORGES-PIERRE, PLLC.
    44 WEST FLAGLER STREET, STE. 2200
    MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.

                  9/9/2016

CLERK    309876

(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-022513- CA-01

**ALFONSO CASTILLO**
And other similarly situated individuals,

      Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually:

      Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**GABRIEL A. ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                            9/9/2016

_____                _____
CLERK                                        DATE

       Shadreka Fleurs 309876
_____
(BY) DEPUTY CLERK

Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-022513-CA-01

**ALFONSO CASTILLO**
And other similarly situated individuals,

     Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually;

     Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**JULIO FIALLO**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                       9/9/2016

_____
CLERK                              DATE

_____ 309876
(BY) DEPUTY CLERK



Filing # 46039411 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO.2016- 022513-(A-01)

**ALFONSO CASTILLO**
And other similarly situated individuals,

     Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually;

     Defendant(s).

_____/

### SUMMONS IN A CIVIL CASE

**SANTIAGO F. ALVAREZ**
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this
summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be
taken against you for the relief demanded in the complaint. You must also file your answer with the
Clerk of this Court within a reasonable period of time after service.
              9/9/2016

CLERK                           DATE

             309876

(BY) DEPUTY CLERK

Filing # 46485629 E-Filed 09/15/2016 11:43:10 AM

## RETURN OF SERVICE

**State of FLORIDA**                    **County of DADE**                    **Circuit Court**

Case Number: 2016-022513-CA-01

Plaintiff:
**ALFONSO CASTILLO,**

vs.

Defendant:
**GAMMA SEAFOOD CORPORATION, GABRIEL A. ALVAREZ, JULIO
FIALLO, SANTIAGO F. ALVAREZ,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 13th day of September, 2016 at 8:34 am to be served on **GAMMA
SEAFOOD CORPORATION,, 7850  NW SOUTH RIVER DR, MEDLEY, FL 33166.**

I, GLENVILLE SMITH, do hereby affirm that on the **13th day of September, 2016** at **11:40 am, I:**

**CORPORATE:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of
service endorsed thereon by me, to: **JULIO FIALLO** as **AGENT** for **GAMMA SEAFOOD CORPORATION,,** at the
address of: **7850  NW SOUTH RIVER DR, MEDLEY, FL 33166,** and informed said person of the contents therein,
in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A
CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS
WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
(DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GLENVILLE SMITH**
CPS # 502

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016013506

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n

Filing # 46    ı1 E-Filed 09/02/2016 04:18:01 PM

IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-022513-CA-01

**ALFONSO CASTILLO**
And other similarly situated individuals,

     Plaintiff(s),

v.

**GAMMA SEAFOOD CORPORATION,**
a Florida Profit Corporation,
**GABRIEL A. ALVAREZ,** individually;
**JULIO FIALLO,** individually;
**SANTIAGO F. ALVAREZ,** individually;

     Defendant(s).

_____/

*BA*
*Julio Fiallo*
*11:40 Am*
*9/13/16*

### SUMMONS IN A CIVIL CASE

### GAMMA SEAFOOD CORPORATION

Registered agent: SANTIAGO F.  ALVAREZ
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

                            9/9/2016

CLERK
_Harvey Ruvin_ 309876



(BY) DEPUTY CLERK

13506

Filing # 46485629 E-Filed 09/15/2016 11:43:10 AM

## RETURN OF SERVICE

**State of FLORIDA**                    **County of DADE**                    **Circuit Court**

Case Number: 2016-022513-CA-01

Plaintiff:
**ALFONSO CASTILLO,**

vs.

Defendant:
**GAMMA SEAFOOD CORPORATION, GABRIEL A. ALVAREZ, JULIO
FIALLO, SANTIAGO F. ALVAREZ,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 13th day of September, 2016 at 8:34 am to be served on **JULIO FIALLO,
7850 NW SOUTH RIVER DR, MEDLEY, FL 33166.**

I, GLENVILLE SMITH, do hereby affirm that on the **13th day of September, 2016** at 11:40 am, I:

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JULIO
FIALLO** at the address of: **7850 NW SOUTH RIVER DR, MEDLEY, FL 33166** with the date and hour of service
endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of
America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A
CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS
WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING
(DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GLENVILLE SMITH
CPS # 502

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016013509

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



Filing # 4603⁵    E-Filed 09/02/2016 04:18:01 PM



IN THE CIRCUIT COURT OF THE
ELEVENTH JUDICIAL CIRCUIT,
IN AND FOR MIAMI-DADE
COUNTY, FLORIDA

CASE NO. 2016-022513- CA-01

ALFONSO CASTILLO
And other similarly situated individuals,

     Plaintiff(s),

v.

GAMMA SEAFOOD CORPORATION,
a Florida Profit Corporation,
GABRIEL A. ALVAREZ, individually;
JULIO FIALLO, individually;
SANTIAGO F. ALVAREZ, individually;

     Defendant(s).

_____/

*Julio Fiallo*
*9/13/16*
*11:40A*

### SUMMONS IN A CIVIL CASE

JULIO FIALLO
7850 NW South River Drive
Medley, FL 33166

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET, STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **20 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

          9/9/2016

CLERK                             DATE

_Andrew Flores_ 309876
(BY) DEPUTY CLERK

**MILITARY**
YES      NO

13509

## RETURN OF SERVICE

| | | |
|---|---|---|
| **State of FLORIDA** | **County of DADE** | **Circuit Court** |

Case Number: 2016-022513-CA-01

Plaintiff:
**ALFONSO CASTILLO,**

vs.

Defendant:
**GAMMA SEAFOOD CORPORATION, GABRIEL A. ALVAREZ, JULIO FIALLO, SANTIAGO F. ALVAREZ,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL 33130

Received by OJF SERVICES, INC. on the 13th day of September, 2016 at 8:34 am to be served on **JULIO FIALLO, 7850 NW SOUTH RIVER DR, MEDLEY, FL 33166.**

I, GLENVILLE SMITH, do hereby affirm that on the **13th day of September, 2016 at 11:40 am, I:**

**INDIVIDUAL/PERSONAL:** served by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JULIO FIALLO** at the address of: **7850 NW SOUTH RIVER DR, MEDLEY, FL 33166** with the date and hour of service endorsed thereon by me, and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** Based upon inquiry of party served, Defendant is not in the military service of the United States of America.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GLENVILLE SMITH**
CPS # 502

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016013509

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n



Filing # 46850366 E-Filed 09/23/2016 01:48:52 PM

## RETURN OF SERVICE

| State of FLORIDA | County of DADE | Circuit Court |
|---|---|---|

Case Number: 2016-022513-CA-01

Plaintiff:
**ALFONSO CASTILLO,**

vs.

Defendant:
**GAMMA SEAFOOD CORPORATION, GABRIEL A. ALVAREZ, JULIO FIALLO, SANTIAGO F. ALVAREZ,**

For:
Anthony M. Georges-Pierre
REMER & GEORGES-PIERRE, PLLC
44 W. Flagler Street
Ste 2200
Miami, FL  33130

Received by OJF SERVICES, INC. on the 13th day of September, 2016 at 8:34 am to be served on **GAMMA SEAFOOD CORPORATION,, 7850 NW SOUTH RIVER DR, MEDLEY, FL 33166.**

I, GLENVILLE SMITH, do hereby affirm that on the **13th day of September, 2016 at 11:40 am, I:**

**CORPORATE:**  served by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **JULIO FIALLO** as **AGENT** for **GAMMA SEAFOOD CORPORATION,,** at the address of: **7850 NW SOUTH RIVER DR, MEDLEY, FL 33166,** and informed said person of the contents therein, in compliance with state statutes.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

**GLENVILLE SMITH**
CPS # 502

**OJF SERVICES, INC.**
**13727 S.W. 152nd Street**
**P.M.B. 354**
**Miami, FL 33177**
**(786) 293-5750**
Our Job Serial Number: OJF-2016013506

Copyright © 1992-2011 Database Services, Inc. - Process Server's Toolbox V6.5n